# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE JOSEPH PAUL GATISON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | Case No. EDCV 23-0092 JLS (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that (1) Defendants' Motion for Summary Judgment is DENIED; (2) Defendants SHALL FILE an Answer to the First Amended Complaint within 14 days of the date of this Order; and (3) Defendants SHALL FILE either a motion for an

evidentiary hearing or a notice of waiver of exhaustion defense within 14 days of the date of this Order.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff at his current address of record and on counsel for Defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 4, 2024

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE